**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
MASHON BAINES and NANCIE FRONING
on behalf of themselves and all others similarly
situated,

                                                 **JUDGMENT**
                 Plaintiffs,                   CV 21-5330 (JS) (AYS)

    - against -

NATURE'S BOUNTY (NY) INC., and
THE BOUNTIFUL COMPANY (NY),

            Defendants.
-------------------------------------------------------------X

      An Adoption Order of Honorable Joanna Seybert, United States District Judge, having been filed on March 28, 2023; adopting the January 3, 2023 Report and Recommendation of United States Magistrate Judge Anne Y. Shields its entirety; granting Defendants' judicial notice motion to the extent articulated in the March 28, 2023 Adoption Order; granting Defendants' motion to dismiss; and directing the Clerk of Court to enter judgment accordingly and mark this case closed, it is

      **ORDERED AND ADJUDGED** that Plaintiffs Mashon Baines and Nancie Froning take nothing of Defendants Nature's Bounty (NY) Inc., and The Bountiful Company (NY); that Defendants' judicial notice motion is granted to the extent articulated in the March 28, 2023 Adoption Order; that Defendants' motion to dismiss is granted; and that this case is closed.

Dated: March 28, 2023
       Central Islip, New York

                                                       BRENNA B. MAHONEY
                                                       CLERK OF THE COURT
                                          By:   /s/ James J. Toritto
                                                       Deputy Clerk